IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON CONKLIN, | * | |
| Plaintiff, | * | |
| v. | * | CV 117-155 |
| ALEJANDRO ALVAREZ, et al., | * | |
| Defendants. | * | |

## O R D E R

Before the Court is the Parties' Joint Motion for Stay of Pending Deadlines. (Doc. 44.) On February 7, 2019, the Parties filed a notice of settlement (Doc. 43) and now ask the Court to stay all deadlines while they await execution of the settlement agreement. The Court **GRANTS** the motion (Doc. 44) and **ORDERS** that all existing deadlines, including the deadline to file civil motions that is currently set for February 28, 2019, are stayed until further order by the Court. The Court **INSTRUCTS** the Parties to file either a stipulation of dismissal or a joint status report within **SIXTY (60) DAYS** from the date of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of February, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA