IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON CONKLIN, | * | |
| Plaintiff, | * | |
| v. | * | CV 117-155 |
| ALEJANDRO ALVAREZ, et al., | * | |
| Defendants. | * | |

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 46.) All parties who have appeared signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

ORDER ENTERED at Augusta, Georgia, this 30th day of April, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA